# SHELSBY & LEONI

GILBERT F. SHELSBY, JR. (MD, DC, DE)\*
ROBERT J. LEONI (DE)\*
KYLE KEMMER (DE, PA)
R. SCOTT KAPPES (DE)
JAMES J. MEEHAN, III (DE)
_____

\* Also Of Counsel with Kline & Specter, P.C.

A PROFESSIONAL ASSOCIATION

221 MAIN STREET
WILMINGTON, DELAWARE 19804
PHONE:  302-995-6210
FAX:  302-995-6121
www.shelsbyleonilaw.com

STACEY L. PAOLI (PA)
_____

March 10, 2017

***VIA ELECTRONIC FILING***
The Honorable Judge Ellen L. Hollander
United States District Court
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    Ronald H. Clark, et al. v. Your Doc's In, et al.
             Civil No.:  ELH-15-2254

Dear Judge Hollander:

      After the pre-trial conference last Friday, the parties engaged in discussions about potentially resolving this matter without need for a jury trial.  We have agreed to submit the case to a binding arbitration before an arbitrator that has been selected by the parties.  As part of the agreement, the parties will submit their evidence to the arbitrator who will decide liability and if necessary, damages.  Whatever that determination is, would be binding on the parties.  In the event of a verdict on behalf of the Plaintiff, the parties have agreed that the Plaintiffs would execute a Release with confidentiality and after payment of the award, a Stipulation of Dismissal would be filed with the Court.  In the event of a verdict for the Defendant, a Stipulation of Dismissal with prejudice would be filed immediately.

      The parties respectfully request that the Court permit us to proceed to arbitration with a continuance of the trial date and after resolution by arbitration, to file the Stipulation of Dismissal.

The Honorable Judge Ellen L. Hollander
March 10, 2017
Page **2** of **2**

      Counsel are available for a conference to address this issue if the Court desires a conference.

                                         Respectfully submitted,

                                         */s/ Gilbert F. Shelsby, Jr.*

                                         Gilbert F. Shelsby, Jr.

GFS:bh

cc:     Michael C. Rosendorf, Esquire
           Frances O'Leary, Esquire