IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RONALD H. CLARK, et al. | * | |
| Plaintiffs | * | |
| v. | * | |
| JOHN P. VISIOLI | * | Civil No.: 1:15-cv-02254-ELH |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant, by and through their undersigned attorneys, hereby stipulate and agree that this case shall be dismissed with prejudice.

/s/
_____
Michael C. Rosendorf
113 Padonia Road, Suite 100
Cockeysville, Maryland 21030
*Attorneys for Plaintiffs*

/s/
_____
Gilbert F. Shelsby, Jr.
Shelsby & Leoni
111 S. Calvert Street, Suite 2700
Baltimore, MD 21202
*Attorneys for Plaintiffs*

_____
Francis X. Leary
Federal Bar No. 09769
Chason, Rosner, Leary & Marshall LLC
401 Washington Avenue, Suite 1100
Towson, Maryland 21204
Ph: (410) 494-3701
Fax: (410) 583-7001
FLEARY@CRLMLAW.COM
*Attorneys for the Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of May, 2017, a copy of the foregoing Stipulation of Dismissal with Prejudice was served on all counsel of record by electronic submission via CM/ECF in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court of the District of Maryland:

Michael C. Rosendorf, Esquire
113 Padonia Road, Suite 100
Cockeysville, Maryland 21030
*Attorneys for Plaintiffs*

Gilbert F. Shelsby, Jr., Esquire
Shelsby & Leoni
111 S. Calvert Street
Suite 2700
Baltimore, MD  21202
*Attorneys for Plaintiffs*

_____
Francis X. Leary