IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RONALD H. CLARK, et al. | * | |
| Plaintiffs | * | |
| v. | * | |
| JOHN P. VISIOLI | * | Civil No.: 1:15-cv-02254-ELH |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \*

*Approved. The Clerk is directed to close the case. ELH 4SDJ 5/24/17*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant, by and through their undersigned attorneys, hereby stipulate and agree that this case shall be dismissed with prejudice.

/s/

Michael C. Rosendorf
113 Padonia Road, Suite 100
Cockeysville, Maryland 21030
*Attorneys for Plaintiffs*

/s/

Gilbert F. Shelsby, Jr.
Shelsby & Leoni
111 S. Calvert Street, Suite 2700
Baltimore, MD 21202
*Attorneys for Plaintiffs*

/s/

Francis X. Leary
Federal Bar No. 09769
Chason, Rosner, Leary & Marshall LLC
401 Washington Avenue, Suite 1100
Towson, Maryland 21204
Ph: (410) 494-3701
Fax: (410) 583-7001
FLEARY@CRLMLAW.COM
*Attorneys for the Defendant*